PROB 12C
(7/93)

Report Date: April 24, 2012

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

APR 25 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Jeremy Richard Heston          Case Number: 2:11CR00119-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 12/2/2011

Original Offense:       Theft of mail Matter by Postal Service Employee, 18 U.S.C. § 1709

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 1 Day; TSR- 24 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | 12/2/2011 |
| Defense Attorney: | Chelsea Carl Korte | Date Supervision Expires: | 12/1/2013 |

---

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: On March 28, 2012, Jeremy Richard Heston tested positive for the use of hydromorphone.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re:  Heston, Jeremy Richard**
**April 24, 2012**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   4/24/2012
_____

s/Curtis G. Hare
_____

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

_____
Date