PROB 12C
(7/93)

Report Date: January 10, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 11 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Richard Heston          Case Number: 2:11CR00119-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 12/2/2011

| | | |
|---|---|---|
| Original Offense: | Theft of Mail Matter by Postal Service Employee, 18 U.S.C. § 1709 | |
| Original Sentence: | Prison - 1 Day; TSR - 24 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: 12/2/2011 |
| Defense Attorney: | Chelsea Carl Korte | Date Supervision Expires: 12/1/2013 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Jeremy Heston failed to report for urine drug testing on December 31, 2012 and January 7, 2013. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/10/2013
_____
s/Curtis G. Hare
_____
Curtis G. Hare
U.S. Probation Officer

Prob12C
Re: Heston, Jeremy Richard
January 10, 2013
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

*January 10, 2013*
Date