PROB 12C
(7/93)

Report Date: February 26, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 6 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Richard Heston          Case Number: 2:11CR00119-001

Address of Offender: ███████████ Ephrata, WA  98823

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 12/2/2011

| | | |
|---|---|---|
| Original Offense: | Theft of Mail Matter by Postal Service Employee, 18 U.S.C. § 1709 | |
| Original Sentence: | Prison - 1 Day;<br>TSR - 24 Months | Type of Supervision:  Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced:  2/21/2013 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires:  2/20/2014 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On February 25, 2013, Jeremy Richard Heston reported to the office following his incarceration. A drug test was taken which tested presumptively positive for opiates. After the positive test, Mr. Heston admitted to illegally buying hydrocodone pills. He further admitted, in writing, to consuming the pills on February 22, 23, and 25, 2013. The urine sample has been sent to a laboratory for confirmation testing. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/26/2013

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

*February 26, 2013*
Date